## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

HAN MIN LEE,                          :

    Plaintiff,                        :

    v.                                :  Civil Action No.: 1:14-CV-00724-TSE-IDD
                                      :
ZZIM USA, INC. and SANG K. LEE,       :

    Defendants.                       :

## CONSENT ORDER OF DISMISSAL WITH PREJUDICE

**THIS MATTER** is before the Court based on the representations of the parties that the matter has been resolved by mutual agreement; and it is therefore

**ORDERED** that this case is hereby dismissed with prejudice, as to all parties, and this case is removed from the trial docket of this Court.

**THIS ORDER IS FINAL.**

/s/

T. S. Ellis, III
United States District Judge

T. S. Ellis, III
United States District Judge

Entered : 11/30/15

SEEN AND AGREED:

Richard F. MacDowell, Jr., VSB #21083
MacDOWELL LAW GROUP, P.C.
10500 Sager Avenue, Suite F
Fairfax, Virginia 22030
Tel: (703) 591-1336
Fax: (703) 591-2253
rfm@macdowelllaw.com
Counsel for Defendants

SEEN AND AGREED:

Michael Hyunkweon Ryu, Esq.
RYU & RYU, PLC.
301 Maple Avenue West, Suite 620
Vienna, VA 22180
Tel: 703-319-0001
Fax: 703-562-0787
michaelryu@ryulawgroup.com
Counsel for Plaintiff

1